UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                   :

ANNORY PICHARDO,                                          :

                                  Plaintiff,            :
                                                                    :           23-CV-7246 (JMF) (SN)
                        -v-                                       :
                                                                    :                   <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,      :

                                  Defendant.        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's August 18, 2023 Order, ECF No. 4, the parties were required to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge *or* a joint letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge, by September 4, 2023.  To date, the parties have not filed either document.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 13, 2023**.

       SO ORDERED.

Dated: September 6, 2023
       New York, New York                              _____
                                                                         JESSE M. FURMAN
                                                                    United States District Judge