UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ANNORY PICHARDO,

                                    Plaintiff,                          23-CV-07246 (SN)

                  -against-                                             ORDER

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On August 16, 2023, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking

review of a denial of disability benefits. ECF No. 1. On September 7, 2023, the parties consented

to my jurisdiction. ECF No. 9. On January 30, 2024, the Court approved a stipulation and order

between the parties remanding the matter for further proceedings before the Commissioner. ECF

No. 15. On July 11, 2024, the Court approved a separate stipulation and order awarding the

plaintiff $7,100 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §

2412. ECF No. 19. A tax lien reduced the amount of the award to $6,156.53. See ECF No. 20-3.

Following the remand, Plaintiff received retroactive benefits from the Social Security

Administration. See ECF No. 20-2. Thereafter, on November 26, 2025, Plaintiff's counsel filed a

motion for an award of attorney's fees in the amount of $38,933.75 pursuant to 42 U.S.C. §

406(b). ECF No. 20. On December 8, 2025, Defendant filed a response indicating that the

Commissioner neither supports nor opposes the request for attorney's fees. ECF No. 21.

Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25

percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S.

2

789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)). Having reviewed the November 26, 2025

motion, along with all supporting documents, the Court determines that the requested award is

reasonable and orders that attorney's fees be GRANTED in the amount of $38,933.75, which

represents approximately 25% of the past due benefits awarded to Plaintiff. Upon receipt of this

sum, counsel for the plaintiff is directed to refund directly to the plaintiff the previously awarded

EAJA fee of $6,156.53.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 23, 2025
              New York, New York